UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. PERELMAN,

                          Plaintiff,

-against-

DEPARTMENT OF TREASURY,

                          Defendant.

25-CV-4702 (DEH)

ORDER OF SERVICE

DALE E. HO, United States District Judge:

    Plaintiff brings this *pro se* action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, 42 U.S.C. § 1981, the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112-12117, the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, and the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131. He alleges that Defendant U.S. Department of the Treasury discriminated and retaliated against him based on his race, color, religion, sex, national origin, and disability. By order dated June 25, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").

    Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendant through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant and check the box on the USM-285 form labeled "Check for service on U.S.A." The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, check the box on the USM-285 form labeled "Check for service on U.S.A," and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:   6/27/2025
         New York, New York

_____
         DALE E. HO
         United States District Judge

**SERVICE ADDRESSES FOR DEFENDANT**

1. United States of America
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. U.S. Department of the Treasury
   1500 Pennsylvania Avenue, NW
   Washington, D.C. 20220

3. United States Attorney for the Southern District of New York
   Civil Division
   86 Chambers Street, 3rd Floor
   New York, NY 10007