UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK A. PERELMAN,

                        Plaintiff,                    **ORDER**

                -against-                  **25-CV-4702 (DEH) (JW)**

DEPARTMENT OF TREASURY,

                        Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Given the lapse in funding to the Department of Justice and the issuance on October 1, 2025, of a Standing Order staying certain deadlines in civil cases where the Government is a party, all deadlines in this matter are stayed and time is tolled.

      SO ORDERED.

DATED:   New York, New York
               October 9, 2025

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge