UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. PERELMAN,

                                     Plaintiff,

                    -against-

DEPARTMENT OF TREASURY,

                                     Defendant.

**ORDER**

**25-CV-4702 (DEH) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Court is in receipt of the Motion to Dismiss. Dkt. No. 22. Plaintiff's opposition brief is due **March 4, 2026** and Defendant's reply is due **March 25, 2026**.

SO ORDERED.

Dated:    New York, New York
          January 28, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge