UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK A. PERELMAN,<br><br>                              Plaintiff,<br><br>        -against-<br><br>DEPARTMENT OF TREASURY,<br><br><br>                              Defendant. | **ORDER**<br>**25-CV-4702 (DEH) (JW)** |

**JENNIFER E. WILLIS, United States Magistrate Judge.**

On January 28, 2026, Plaintiff filed a First Amended Complaint ("FAC"). Dkt. No. 25. "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." Pettaway v. Nat'l Recovery Sols., LLC, 955 F.3d 299, 303–04 (2d Cir. 2020).

Defendant shall file a letter by February 20, 2026, informing the Court whether the previously filed Motion to Dismiss, Dkt. No. 22, should be denied without prejudice to file a new Motion to Dismiss in accordance with Federal Rule of Civil Procedure 15(a)(3), or if the Court should evaluate Defendant's previously filed Motion to Dismiss in light of the facts alleged in the FAC.

SO ORDERED.

Dated:       New York, New York
             February 6, 2026


_____
JENNIFER E. WILLIS
United States Magistrate Judge

2