UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mark A. Perelman, | |
| Plaintiff, | 25-CV-4702 (DEH) (JW) |
| v. | |
| | ORDER |
| Department of Treasury, et al., | |
| Defendants. | |

DALE E. HO, United States District Judge:

In light of Plaintiff's First Amended Complaint, ECF No. 26, and Defendants' stated intent to file a new Motion to Dismiss, ECF No. 28, the pending Motion to Dismiss, ECF No. 22, is **DENIED without prejudice**.

The Clerk of Court is respectfully directed to close ECF No. 22.

SO ORDERED.

Dated: February 13, 2026
      New York, New York

_____
DALE E. HO
United States District Judge