

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

> The request is GRANTED and the briefing schedule is ADOPTED.
> SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> March 27, 2026

**By ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Perelman v. Department of Treasury*, No. 25 Civ. 4702 (DEH) (JW)

Dear Judge Willis:

This Office represents the Department of Treasury in the above action. We write to respectfully request a 14-day extension of time, from March 30, 2026 to April 13, 2026, to respond to the Amended Complaint. The reason for this request is that the undersigned requires additional time, due to docket demands and conflicting court-ordered deadlines in other matters, to prepare the Government's response to the Complaint, including any needed declarations. This is the second request for an extension of time to respond to the Amended Complaint.

Plaintiff consents to the government's extension request. If an extension is granted, the new briefing schedule would be as follows.

- **Government's Motion to Dismiss:** April 13, 2026
- **Plaintiff's Opposition to Motion to Dismiss:** June 12, 2026
- **Government's Reply in Support of Motion to Dismiss:** June 26, 2026

I thank the Court for its consideration of this matter.

Respectfully,

JAY CLAYTON
United States Attorney

By:    /s/ *Danielle J. Marryshow*
Danielle J. Marryshow
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel.: (212) 637-2689
Email: Danielle.Marryshow@usdoj.gov

cc: *Pro Se Plaintiff* (via ECF)